FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 06, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEAN W. LODMELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOAN LAFRANCE, and JOYCE VAN LINES, INC.,<br><br>　　　　Defendants. | No. 2:19-cv-05010-SAB<br><br>**ORDER DISMISSING COMPLAINT** |

　　　On September 16, 2019, the Court issued an Order in the above-captioned matter directing Plaintiff to file an Amended Complaint within 30 days of the Order's entry. ECF No. 7 at 6. Plaintiff has failed to file an Amended Complaint.

　　　Accordingly, **IT IS HEREBY ORDERED:**

　　　1. Plaintiff's Complaint, ECF No. 1, is **DISMISSED with prejudice**.

　　　**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

　　　**DATED** this 6th day of December 2019.



　　　　　　　　　　　Stanley A. Bastian
　　　　　　　　　　United States District Judge

**ORDER DISMISSING COMPLAINT** * 1